| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-14-20 |

RICHARD J. BLITZ,

                Plaintiff,

v.

BLDG MANAGEMENT CO., INC.; AMY WOLF, Assistant Managing Agent and Assistant Vice President; PAUL HOWARD, Property Manager and Officer,

                Defendants.

19-CV-10294 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is hereby directed to issue summonses as to Defendants BLDG Management Co., Inc.; Amy Wolf, Assistant Managing Agent and Assistant Vice President; and Paul Howard, Property Manager and Officer. Plaintiff is directed to serve the summonses and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    August 14, 2020
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge