UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. BLITZ,

                Plaintiff,

      v.

BLDG MANAGEMENT CO., INC., *et al.*,

                Defendants.

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC#:
> DATE FILED: 9-21-20

20-CV-5462 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Clerk of Court is respectfully directed to mail a copy of the order and notice of initial conference, Dkt. 9, to Plaintiff.

SO ORDERED.

Dated:    September 21, 2020
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge