UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. BLITZ,

                Plaintiff,

v.

BLDG MANAGEMENT CO. INC., *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  11-23-20
```

20-CV-5462 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The initial pre-trial conference schedule for Friday, December 18, 2020 will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

    In advance of this conference, the parties must submit a joint letter and proposed case management plan no later than December 11, 2020.  The Court understands that Defendants have served Plaintiff with a proposed joint letter and case management plan, with instruction on how to complete these forms.  Plaintiff is reminded that the due date for these documents is December 11, 2020.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Blitz.

SO ORDERED.

Dated:    November 23, 2020
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge