UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD BLITZ,

                                                 20-CV-05462-RA

Plaintiff

-against-

BLDG MANAGEMENT CO., AMY WOLF and
PAUL HOWARD,                                    ~~PROPOSED~~ ORDER TO EXTEND
                                                TIME FOR THIRD PARTY
Defendants.                                     DEFENDANT TO PRODUCE
                                                DOCUMENTS

BLDG MANAGEMENT CO., AMY WOLF and
PAUL HOWARD

      Third Party Plaintiffs,

-against-

WENDI NEWMAN,

      Third Party Defendant.
-------------------------------------------------------------X

    It is ordered that the Third Party Defendant Wendi Newman's time to produce documents pursuant to Federal Rule 26 is extended to March 31, 2021.

DATED: MARCH __4__ 2021,

                                                          SO ORDERED:

                                                          _[signature]_

                                                          ~~JUSTICE RONNIE ABRAMS~~
                                                          Ronnie Abrams, U.S.D.J.
                                                          March 4, 2021