UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD J. BLITZ,

               Plaintiff,

- against -

BLDG MANAGEMENT CO., INC., et al.,

               Defendants.
------------------------------------------------------------X

20-CV-5462 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As per the settlement conference held on May 11, 2021:

1) Plaintiff and Defendant BLDG shall cooperate in good faith so that Plaintiff can view the two apartments discussed by May 25, 2021.

2) By June 1, 2021, Defendant BLDG shall complete (or at least substantially complete) its investigation of the feasibility of an apartment move solution that is financially neutral (or any other options that BLDG may suggest).

3) The parties shall file a settlement status report by June 8, 2021.

4) The parties shall cooperate with my Deputy Clerk to arrange a second settlement session.

5) The parties shall cooperate in good faith during the interim between now and the second settlement session to settle or make as much progress as possible toward settlement.

6) The parties may request from Judge Abrams a stay of litigation for 8 weeks so that the parties can focus their resources on finding a resolution; any such stay may be lifted earlier if settlement discussions break down.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 11,, 2021
    New York, New York

Copies transmitted this date to all counsel of record.