

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

June 21, 2021

**VIA ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>Blitz v. BLDG Management Co., Inc.</u>, et al, (SDNY No. 20-cv-05462)

Dear Judge Lehrburger:

Our firm represents Defendants BLDG Management Company ("BLDG"), Paul Howard, and Amy Wolf (collectively, "Defendants") in this action. We write to request that the follow-up settlement conference scheduled for June 24, 2021 be adjourned because we just learned that BLDG's representative will be unavailable that day due to a conflicting arbitration proceeding.

This is BLDG's first request to adjourn this conference. Counsel for Newman does not consent to this request "due to the blasting radio." When we last communicated with counsel for Blitz, she has been unable to reach her client.

We thank the Court for considering this request and regret any inconvenience to the Court or to the parties.

Respectfully,

*Eric Witkin*

Eric D. Witkin

cc: Susanne Keane, Esq., counsel for Plaintiff (via ECF)
Yoram Silagy, Esq., counsel for Wendy Newman (via ECF)

---

Request to adjourn DENIED. The settlement conference has been scheduled since May 12, 2021. This matter needs to be resolved.

SO ORDERED:

6/22/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE