UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD BLITZ,

                Plaintiffs,                20 **CIVIL** 5462 (RA)

      -against-                           **JUDGMENT**

BLDG MANAGEMENT CO., INC., AMY
WOLF, and PAUL HOWARD,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 21, 2023, Defendants' motion for summary judgment is granted, Plaintiff's cross-motion denied, and Defendants' Third-Party Complaint is dismissed as moot. The motions pending at Dkts. 111, 129 are terminated, and this action is closed.

**Dated:**  New York, New York
          September 21, 2023

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                         **BY:**         _____
                                                             **Deputy Clerk**